UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24264-CIV-SMITH

SADIKI LAWRENCE, individually
and on behalf of others similarly situated,

    Plaintiff,

v.

SOUTH FLORIDA RACING ASSOCIATION,
LLC,

    Defendant.
_____/

## ORDER DISMISSING CASE

This is a putative class action. On November 4, 2020, the parties filed a Joint Stipulation of Dismissal Without Prejudice [DE 117]. It is

**ORDERED** that:

1. Plaintiff, Sadiki Lawrence's claims against Defendant, South Florida Racing Association, LLC, is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and attorneys' fees unless otherwise agreed.

2. Claims of putative class members are **DISMISSED WITHOUT PREJUDICE.**

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 4th day of November 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to: All counsel of record